LOUIS ROUTENBERG, Appellant, *v.* MORRIS SCHWEITZER, Respondent.

Reported below, 50 App. Div. 218.
(Submitted October 1, 1900; decided October 9, 1900.)

MOTION to prefer an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, made April 2, 1900, affirming an order of the Appellate Term of that court reversing a decision of the Municipal Court of the city of New York.

The motion was made upon the ground that the appeal is from an order declaring an act of the legislature unconstitutional.

*Ashley, Emley & Rubino* for motion.

No one opposed.

Motion granted.